UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAM THANH DANG,

Petitioner,

v.

WARDEN OF THE GOLDEN STATE MCFARLAND DETENTION FACILITY, et al.,

Respondents.

No.  2:26-cv-00597-DAD-CSK (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING PETITION FOR WRIT OF HABEAS CORPUS, AND DENYING MOTION TO DISMISS

(Doc. Nos. 6, 13)

Petitioner Lam Thanh Dang is a former federal immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 24, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's petition for writ of habeas corpus (Doc. No. 1) be granted and that respondents' motion to dismiss (Doc. No. 6) be denied.  (Doc. No 13.)  Specifically, the magistrate judge found that petitioner was detained following entry of a final removal order for more than six months in violation of his due process rights.  (*Id.* at 2–4.)  The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within seven (7) days after service.  (*Id.* at 5.)  To date, no parties have filed objections and the time in which to do so has passed.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons above,

1. The findings and recommendations issued on June 24, 2026 (Doc. No. 13) are ADOPTED IN FULL;

2. Petitioner's petition for writ of habeas corpus (Doc. No. 1) is GRANTED as follows:

   a. Respondents are ENJOINED and RESTRAINED from re-detaining petitioner unless they provide petitioner with notice and a pre-detention hearing before an immigration judge;

3. Respondents' motion to dismiss (Doc. No. 6) is DENIED; and

4. The Clerk of the Court is directed to ENTER judgment in favor of petitioner and close this case.

IT IS SO ORDERED.

Dated:   **July 14, 2026**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE